IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DELBERT JOHNSON | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:14-CV-1016-Y |
| | § |
| CITY OF FORT WORTH, et al. | § |

<u>ORDER GRANTING MOTION FOR EXTENSION</u>

Before the Court is Plaintiff's request for an extension of time (doc. 28). By the motion, the Plaintiff seeks an extension of time to file a response to the pending motions to dismiss. After review, and noting that the motion is unopposed, the Court GRANTS the motion. Plaintiff must file his response no later **October 26, 2015.**

SIGNED October 16, 2015.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj